IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES MARTIN,

    Plaintiff,

vs.                              CASE NO. 5:08cv203/RS-EMT

OFFICER SWITZER; INSPECTOR
BROWN; and INSPECTOR JOHNSON,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 10). Plaintiff has not filed objections.

**IT IS ORDERED**:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     This case is dismissed without prejudice because of Plaintiff's failure to comply with an order of the court.

3.     The clerk is directed to close the file.

**ORDERED** on November 14, 2008.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**